No. 83–1174.  DIAMOND SHAMROCK CHEMICALS CO. ET AL. *v.* RYAN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 83–1175.  GORST *v.* BLOCK, SECRETARY OF AGRICULTURE. C. A. 10th Cir.  Certiorari denied.

No. 83–1199.  HOMSAPAYA *v.* IMMIGRATION AND NATURALIZA- TION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 83–1206.  MEKIC *v.* UNITED STATES.  C. A. 3d Cir.  Cer- tiorari denied.

No. 83–1208.  LEE *v.* BURGER, CHIEF JUSTICE OF THE SUPREME COURT OF THE UNITED STATES, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–1233.  BOWDEN *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 83–1239.  KASICK ET AL. *v.* BLOCK, SECRETARY OF AGRI- CULTURE, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 83–1253.  MORRIS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 83–1256.  KING *v.* MALONE, TRUSTEE.  C. A. 5th Cir. Certiorari denied.

No. 83–5703.  GONZALEZ *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 83–5717.  GUYON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 83–5729.  SANTANA *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 83–5744.  SHAW *v.* UNITED STATES.  C. A. 5th Cir.  Cer- tiorari denied.

No. 83–5772.  MCQUEEN *v.* RAMSEY, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 83–5790.  HOBBS *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.